**Electronically Filed
Supreme Court
SCWC-16-0000123
10-JAN-2019
01:33 PM**

SCWC-16-0000123

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ONEWEST BANK, F.S.B.,
Respondent/Plaintiff-Appellant,

v.

THE ASSOCIATION OF THE OWNERS OF THE KUMULANI AT THE
UPLANDS AT MAUNA KEA, an unincorporated association,
Petitioner/Defendant-Appellee

and

DIANA G. BROWN; D. MICHAEL DUNNE, SUCCESSOR TRUSTEE OF THE
REVOCABLE LIVING TRUST OF HAROLD G. STRAND AND MARGARET M.
STRAND; JERRY IVY; OMNI FINANCIAL, INC.; CITIBANK
(SOUTH DAKOTA), N.A., Respondents/Defendants-Appellees

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000123; CIVIL NO. 11-1-410K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee the Association of the

Owners of the Kumulani at the Uplands at Mauna Kea's application

for writ of certiorari filed on November 13, 2018, is hereby

accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, January 10, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson